B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ridgewood Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>22-1597493 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>500 Corporate Drive<br>Mahwah, NJ<br>ZIP Code 07430 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Bergen | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information    *** Daniel M. Stolz (DS-1827) ***

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Ridgewood Corp.

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Ridgewood Corp.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Daniel M. Stolz
Signature of Attorney for Debtor(s)

Daniel M. Stolz (DS-1827)
Printed Name of Attorney for Debtor(s)

WASSERMAN, JURISTA & STOLZ
Firm Name

225 Millburn Avenue
Suite 207
Millburn, NJ 07041
Address

Email: attys@wjslaw.com
(973) 467-2700  Fax: (973) 467-8126
Telephone Number

July  2, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Stuart Weinstein
Signature of Authorized Individual

Stuart Weinstein
Printed Name of Authorized Individual

President
Title of Authorized Individual

July  2, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Ridgewood Corp.
*Balance Sheet*
($ in thousands)

### ASSETS

| | 5/31/2010 |
|---|---|
| Current Assets | |
| Cash | 48 |
| Restricted Cash | 910 [1] |
| Accounts Receivable, net | 2,000 [2] |
| Inventory | 2,816 [2] |
| Other Current Assets | - [2] |
| **Total Current Assets** | **5,774** |
| | |
| Fixed Assets | |
| Property and Equipment | 5,619 |
| Less: Accumulated Depreciation | (4,987) |
| **Total Fixed Assets** | **632** |
| | |
| Other Assets | |
| Due from Affiliates | - [2] |
| **Total Other Assets** | **-** |
| | |
| **TOTAL ASSETS** | **6,406** |

### LIABILITIES AND STOCKHOLDERS EQUITY

| | |
|---|---|
| Current Liabilities | |
| Note Payable to Bank | 5,272 |
| Accounts Payable | 4,035 |
| Sales Tax Payable | 55 |
| Wages Payable | - |
| **Total Current Liabilities** | **9,362** |
| | |
| Long Term Liabilities | |
| Long Term Debt | 816 |
| Other Long Term Liabilities | 355 |
| **Total Long Term Liabilities** | **1,171** |
| | |
| **Total Liabilities** | **10,533** |

### STOCKHOLDERS EQUITY

| | |
|---|---|
| Capital Stock | 986 |
| Retained Earnings | (5,113) |
| **Total Stockholders Equity** | **(4,127)** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **6,406** |

*NOTES*

*(1) Restricted cash consists of funds held by Lakeland Bank and can not be accessed until*
*Ridgewood meets certain financial performance goals.*

*(2) Certain Assets have been written down to reflect Debtors' estimates on collecability*

Resolution of Board of Directors
of
RIDGEWOOD CORP.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jules M. Weinstein, Chairman of the Board of Directors, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Jules M. Weinstein, Chairman of the Board of Directors is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jules M. Weinstein, Chairman of the Board of Directors is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.

Date: July 1, 2010                    Signed: _____

                                      JULES M. WEINSTEIN,
                                      Chairman of the Board of Directors

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. |
| **Ridgewood Corp.,** | } | Chapter 11 |
| | } | |
| **Debtor** | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Stuart Weinstein, declare under penalty of perjury that I am the President of Ridgewood Corp., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 1st day of July, 2010.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Stuart Weinstein, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Stuart Weinstein, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Stuart Weinstein, President of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date: July 1, 2010                    Signed:_____

                                     **STUART WEINSTEIN, PRESIDENT**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re   Ridgewood Corp.
                            Debtor(s)
      Case No. _____
      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| PB Heat, LLC<br>PO Box 280<br>Bally, PA 19503 | PB Heat, LLC<br>PO Box 280<br>Bally, PA 19503 | Trade debt | | 713,785.40 |
| International Comfort Products USA<br>21630 Network Place<br>Chicago, IL 60673-1216 | International Comfort Products USA<br>21630 Network Place<br>Chicago, IL 60673-1216 | Trade debt | | 555,750.31 |
| Weil-McLain<br>PO Box 91559<br>Chicago, IL 60693 | Weil-McLain<br>PO Box 91559<br>Chicago, IL 60693 | Trade debt | | 414,828.01 |
| Bradford White Corp.<br>Lockbox #1137<br>PO Box 8500<br>Philadelphia, PA 19178-1137 | Bradford White Corp.<br>Lockbox #1137<br>PO Box 8500<br>Philadelphia, PA 19178-1137 | Trade debt | | 135,648.00 |
| Rheem Sales Company, Inc.<br>Rheem Water Heater Div.<br>88058 Expedite Way<br>Chicago, IL 60693 | Rheem Sales Company, Inc.<br>Rheem Water Heater Div.<br>88058 Expedite Way<br>Chicago, IL 60693 | Trade debt | | 109,854.49 |
| American Standard<br>Drawer CS 198593<br>Atlanta, GA 30384-8593 | American Standard<br>Drawer CS 198593<br>Atlanta, GA 30384-8593 | Trade debt | | 69,348.46 |
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | Corporate Expense | | 65,457.28 |
| Heat Transfer Products<br>PO Box 429<br>East Freetown, MA 02717 | Heat Transfer Products<br>PO Box 429<br>East Freetown, MA 02717 | Trade debt | | 59,296.32 |
| Wallace Eannace Assoc. Inc.<br>50 Newton Road<br>PO Box 9121<br>Plainview, NY 11803 | Wallace Eannace Assoc. Inc.<br>50 Newton Road<br>PO Box 9121<br>Plainview, NY 11803 | Trade debt | | 54,333.94 |
| Roth Industries, Inc.<br>Key Bank Lockbox Dept.<br>PP Box 901<br>Albany, NY 12201 | Roth Industries, Inc.<br>Key Bank Lockbox Dept.<br>PP Box 901<br>Albany, NY 12201 | Trade debt | | 51,827.33 |

B4 (Official Form 4) (12/07) - Cont.

In re    Ridgewood Corp.                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Blackman Plumbing Supply Co. Inc.<br>900 Sylvan Avenue<br>Bayport, NY 11705-1012 | Blackman Plumbing Supply Co. Inc.<br>900 Sylvan Avenue<br>Bayport, NY 11705-1012 | Trade debt | | 51,332.43 |
| Aaron and Co.<br>30 turner Place<br>PO Box 8310<br>Piscataway, NJ 08855-8310 | Aaron and Co.<br>30 turner Place<br>PO Box 8310<br>Piscataway, NJ 08855-8310 | Trade debt | | 48,409.38 |
| Teamsters Local 469 Benefit Funds<br>3400 Highway 35, Suite 8<br>Hazlet, NJ 07730-1208 | Teamsters Local 469 Benefit Funds<br>3400 Highway 35, Suite 8<br>Hazlet, NJ 07730-1208 | | | 45,299.67 |
| Delta Faucet<br>55 East 111th Street<br>Indianapolis, IN 46280 | Delta Faucet<br>55 East 111th Street<br>Indianapolis, IN 46280 | Trade debt | | 42,843.13 |
| A.F. Rockland Plumbing Supply Corp<br>1000 S. 2nd Street<br>Harrison, NJ 07029 | A.F. Rockland Plumbing Supply Corp<br>1000 S. 2nd Street<br>Harrison, NJ 07029 | Trade debt | | 42,054.14 |
| Jules M. Weinstein<br>97 Oak Drive<br>Upper Saddle River, NJ 07458 | Jules M. Weinstein<br>97 Oak Drive<br>Upper Saddle River, NJ 07458 | Trade debt | | 41,870.80 |
| Nutley Heating & Cooling Supply<br>50 Page Road<br>Clifton, NJ 07012 | Nutley Heating & Cooling Supply<br>50 Page Road<br>Clifton, NJ 07012 | Trade debt | | 37,483.35 |
| Wales-Darby, Inc.<br>PO Box 10055<br>Uniondale, NY 11555 | Wales-Darby, Inc.<br>PO Box 10055<br>Uniondale, NY 11555 | Trade debt | | 35,592.69 |
| Moen Inc.<br>PO Box 92235<br>Chicago, IL 60675-2235 | Moen Inc.<br>PO Box 92235<br>Chicago, IL 60675-2235 | Trade debt | | 33,273.37 |
| Burnham Corporation<br>PO Box 7962<br>Lancaster, PA 17604-7962 | Burnham Corporation<br>PO Box 7962<br>Lancaster, PA 17604-7962 | Trade debt | | 30,458.41 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Ridgewood Corp.                                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July  2, 2010                              Signature   /s/ Stuart Weinstein
                                                              Stuart Weinstein
                                                              President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re    Ridgewood Corp.                                                      Case No.
                                    Debtor(s)                  Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 30,000.00 |

2.    $  1,039.00   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    filing fee has been paid by WJ&S

4.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any
other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    July  2, 2010                                    /s/ Daniel M. Stolz
                                                          Daniel M. Stolz
                                                          WASSERMAN, JURISTA & STOLZ
                                                          225 Millburn Avenue
                                                          Suite 207
                                                          Millburn, NJ 07041
                                                          (973) 467-2700   Fax: (973) 467-8126
                                                          attys@wjslaw.com

---

# United States Bankruptcy Court
## District of New Jersey

In re    Ridgewood Corp. _____,          Case No. _____

                                                    Debtor

                                                             Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jules M. Weinstein<br>500 Corporate Drive<br>Mahwah, NJ 07430 | | 21.574863% | |
| Myrna Weinstein<br>500 Corporate Drive<br>Mahwah, NJ 07430 | | 14.600231% | |
| Stuart E. Weinstein<br>500 Corporate Drive<br>Mahwah, NJ 07430 | | 63.824906% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___July  2, 2010_____          Signature _/s/ Stuart Weinstein_____
                                                                    Stuart Weinstein
                                                                    President

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re   Ridgewood Corp.                                                        Case No.

                                                 Debtor(s)                Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 2, 2010                                     /s/ Stuart Weinstein

                                                      Stuart Weinstein/President
                                                      Signer/Title

3M Purification-Cuno
400 Research Parkway
Meriden, CT 06450


A.F. Rockland Plumbing Supply Corp
1000 S. 2nd Street
Harrison, NJ 07029


A.Y. McDonald Mfg. Co.
PO Box 841
Dubuque, IA 52004-0841


Aaron and Co.
30 turner Place
PO Box 8310
Piscataway, NJ 08855-8310


Abco Refrigeration
49-70 31st. Street
Long Island City, NY 11101


Above Par Landscape Design
801 Franklin Tpke
Allendale, NJ 07401


ACA Security Systems
Alarm Payment Processing
1400 N. Providence Road
Media, PA 19063


Acetylene Supply
PO Box 607
Princeton Junction, NJ 08550-0607


Acorn Engineering Co.
P.O. Box 3527
La Puente, CA 91744


Adams Fire
PO Box 154
Rockaway, NJ 07866

Adaptable Air Products
910 Creekside Road
Building A
Chattanooga, TN 37406-1000


ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967


Advanced Hydronics Sales
169 Kinderkamack Road
Park Ridge, NJ 07656


Aero Mfg. Company
PO Box 1250
310 Allwood Road
Clifton, NJ 07012


Afina Corp.
40 Warren Street
Paterson, NJ 07524


Aircraft HVAC Product LLC
PO Box 728
Paterson, NJ 07524


Alex Gorlachov, Jr.
PO Box 49
Sugar Loaf, NY 10981


Alsons Corp.
Dept. 771077
Detroit, MI 48277


Altherm, Inc.
255 Humphrey Street
Englewood, NJ 07631


AM STD Walk-in Baths
835 East Lamar Blvd.
Suite 148
Arlington, TX 76011

American Express
PO Box 1270
Newark, NJ 07101-1270

American Granby Co.
7652 Morgan Road
Liverpool, NY 13090-3433

American Specialties, Inc.
441 Saw Mill River Road
Yonkers, NY 10701

American Standard
Drawer CS 198593
Atlanta, GA 30384-8593

American Standard Faucets
Bank of America - Drawer C
PO Box 198593
Atlanta, GA 30384

American Standard Plumbing
Porcher c/o As America Inc.
PO Box 277152
Atlanta, GA 30384-7152

Anthony Smalley
2 Howard Street
Newton, NJ 07860

Aqua Treatment Serv., Inc.
194 Hempt Road
Mechanicsburg, PA 17055

Aquatic Ind.
P.O. Box 116688
Atlanta, GA 30368-2131

ASAP Sales
201 Montrose Road
Westbury, NY 11590

Aspen Technology Solutions
208 Chincopee Ave
Hopatcong, NJ 07843

Atlantech
PO Box 60838
Charlotte, NC 28260


Atlantic Plumbing Supply
2810 Route 37 East
Toms River, NJ 08753


Atlantic Ultraviolet Corp
375 Marcus Blvd
Hauppauge, NY 11788


Automated Control Systems, Inc.
577 North Main Street
Brewster, NY 10509


Awesco Remittance Services
20 Center Street
Albany, NY 12204


B&C Services
10 Commerce Drive
Ivyland, PA 18974


Bacharach Inc.
PO Box 73891
Cleveland, OH 44193


Bank of America
PO Box 60073
City of Industry, CA 91716


Barbara Bucknum
Tax Collector
55 Township Road, Suite 1
Richboro, PA 18954


Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080


Barclay Products
4000 Porett Drive
Gurnee, IL 60031

Bates and Bates
7310 Alondra Blvd
Paramount, CA 90723


Bayonne Plumbing Supply Co.
250 Avenue E
Bayonne, NJ 07002


Benjamin Brothers, Inc.
121 No. Summit St
PO Box 155
Tenafly, NJ 07670


Bergen Industrial Supply
30 Stefanic Avenue
East Paterson, NJ 07407


Bernie Walfish
40-09 Paterson Street
Fair Lawn, NJ 07410


Bertch Cabinet Manufacturer, Inc.
P.O. Box 2280
4747 Crestwood Drive
Waterloo, IA 50704


Birdsall
1819 W. Elizabeth Avenue
Linden, NJ 07036


BJ Terroni Co Inc.
3190 Tucker Road
Bensalem, PA 19020


Blackman Plumbing Supply Co. Inc.
900 Sylvan Avenue
Bayport, NY 11705-1012


Bloomfield Plumbing & Heating Supply
240 Montgomery St
Bloomfield, NJ 07003

Bob Lewis
National Collection Services
216 Haddon Avenue
Suite 607
Westmont, NJ 08108


Bobrick Washroom Equipment
PO Box 513172
Los Angeles, CA 90051-1172


Bootz Plumbing Fixtures
3249 Reliable Pkwy
Chicago, IL 60686


Bradford White Corp.
Lockbox #1137
PO Box 8500
Philadelphia, PA 19178-1137


Bradley Corporation
Bin #53066
Milwaukee, WI 53288


Brian C. Bezer
475 High Street
Closter, NJ 07624


Brian E. Rockey
1 Wood Duck Cove
Oak Ridge, NJ 07438


Broad Ind Pipe & Supply
PO Box 1248
Denville, NJ 07834


Bruce Levitt, Esq.
76 So. Orange Avenue
South Orange, NJ 07079


Burnham Corporation
PO Box 7962
Lancaster, PA 17604-7962

Burt & Associates
Suite 150
6700 Pinecrest Drive
Plano, TX 75024


C & S Manufacturing Corp.
1052 S. Neenah Avenue
PO Box 736
Sturgeon Bay, WI 54235-0736


Cablevision
P.O. Box 371378
Pittsburgh, PA 15250-7378


Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA 15251


Campbell Manufacturer
P.O. Box 207
Bechtelsville, PA 19505


Carl Sign LLC
20 Jewell Street
Garfield, NJ 07026


Carpenter & Paterson Inc.
225 Merrimac St
Dept. 10
Woburn, MA 01801


Carroll Appliance Parts
3225 Roanoke Road
Kansas City, MO 64111


Cars Plus Too
1016 Morton Blvd
East Kingston, NY 12401


Casco Industries, Inc.
P.O. Box 913
Sparta, NJ 07871

Cash Acme
P.O. Box 934489
Atlanta, GA 31193-4489


Cello Products, Inc.
210 Avenue Road
P.O. Box 37
Cambridge, Ontario N1R 5S9


Central Brass Mfg. Co.
6892 Snowville Road
Brecksville, OH 44141


Central Hudson
284 South Avenue
Poughkeepsie, NY 12601-4839


Central Plumbing Specialties
550 Saw Mill River Road
Yonkers, NY 10701


Century Bathworks
250 Lackawanna Avenue
Little Falls, NJ 07424


Certified Sprinkler
36 Stratford Road
Rock Hill, NY 12775


CGM Inc.
1445 Ford Avenue
Bensalem, PA 19020


Chas. F. Connolly Dist. Co, Inc.
PO Box 7189
North Arlington, NJ 07031


Chatham Brass Co., Inc.
PO Box 1274
Linden, NJ 07036


Checke's Metal Products
45 Montgomery Street
Middletown, NY 10940

Chicago Faucet Geberit
PO Box 71489
Chicago, IL 60694


Christopher Yacopino
8 Edward Street
Sparkill, NY 10976


Chronomite Laboratories, Inc.
PO box 3527
City of Industry, CA 91744


Cimberio Technological Solutions
100 Quaker Lane
Malvern, PA 19355


City of Hackensack Tax Collector
65 Central Avenue
PO Box 608
Hackensack, NJ 07601


City of Kingston Tax Collector
City Hall
CPO Box 1516
Kingston, NY 12402


City of Newburgh
City Clerk's Office
83 Broadway
Newburgh, NY 12550


Clean Image Company Inc.
305 Sarah Wells Trail
Campbell Hall, NY 10916


Clear-Thru Professional
PO Box 2774
Warminster, PA 18974


CMI Credit Mediators, Inc.
414 Sansom Street
PO Box 456
Upper Darby, PA 19082-0456

CMI Forwarding Division
PO Box 28851
Philadelphia, PA 19151-0851


Coleman Propane
PO Box 215
Washingtonville, NY 10992-0215


Comcast
PO Box 3005
Southeastern, PA 19398-3005


Command Credit Corp.
Suite 204
117 Water Street
Milford, MA 01757


Comstar International
20-45 128th Street
College Point, NY 11356


Conbraco Industries Inc.
PO Box 405728
Atlanta, GA 30384-5728


Conrad Ricklefs
12 Cardinal Road
Highland Lakes, NJ 07422


Control Associates, Inc.
20 Commerce Drive
Allendale, NJ 07401


Control Supply
6 Ditomas Court
Copiague, NY 11726


Cope Wardell
Twin Oaks Center
4009 Market Street
Aston, PA 19014


Coral Industries, Inc.
PO Box 40228
Tuscaloosa, AL 35404-0228

Coverall North America, Inc.
PO Box 802825
Chicago, IL 60680


Coyne & Delaney
1565 Avon Street Extended
P.O. Box 411
Charlottesville, VA 22902


Crosstown Plumbing Supply
196 S. Grove Street
East Orange, NJ 07018


CSI Donner
75 Remittance Drive
Suite 1590
Chicago, IL 60675-1590


Cypress Plumbing & Heating Supplies
3304-06 Fulton Street
Brooklyn, NY 11208


Danbury Plumbing Supply, Co.
P.O. Box 1216
Danbury, CT 06813


DAP
National City Bank
PO Box 931021
Cleveland, OH 44193


David Gooding, Inc.
PO Box 845218
Boston, MA 02284


Davis & Warshow Inc.
57-22 49th Street
Maspeth, NY 11378


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101

Delavan
PO Box 978
Des Moines, IA 50304


Delaware Valley Plumbing Supply
253 Terrace Blvd
PO Box 959
Voorhees, NJ 08043


Dellon Sales Co., Inc.
5 Albertson Avenue
Albertson, NY 11507


Delta Faucet
55 East 111th Street
Indianapolis, IN 46280


Deluxe Auto
665 Broadway
Westwood, NJ 07675


DePuy Landscaping
PO Box 763
Marlboro, NY 12542


Dickson Industries, LLC
4807 8th Avenue
Brooklyn, NY 11220


Diversified Heat Transfer, Inc.
1710 Flushing Avenue
Ridgewood, NY 11385


Diversitech Corporation
6650 Sugarloaf Parkway
Suite 100
GA 30198


Dolan & Traynor Bldg. Products
32 Riverview Drive
Wayne, NJ 07474


Donald Truesdell
156 Lakewood Drive
Milford, PA 18837

Donn-L Sales
Ted Smith Associates
32 Stephen Terrace
Parsippany, NJ 07054


Dormont Mfg. Co. 01
PO Box 200525
Pittsburgh, PA 15251-0525


E.L. Mustee & Sons
P.O. Box 704 89-T
Cleveland, OH 44190


E3 Environmental Energy Equipment
4 Hamilton Place
Nutley, NJ 07110


EASCO
610 Plum Street
Trenton, NJ 08638


Economy Hardware & Plumbing Supply
204 Harrison Ave
Harrison, NJ 07029


EEMAX Incorporated
353 Christian Street
Oxford, CT 06478


Eisenberg Exemption Part Trust
Ruth Eisenberg Trustee
1 Clairidge #815
Verona, NJ 07044


Elizabeth Smith
180 Union Street
Montgomery, NY 12549


Embassy, Ind.
P.O. Box 414461
Boston, MA 02241-4461


Emerson Swan
P.O. Box 3764
Boston, MA 02241-3764

Enterprise Fleet Services
1550 Route 23 North
Suite 100
Wayne, NJ 07470


Erickson Drain Co.
PO Box 1552
Gardena, CA 90249


Euler Hermes Uma, Inc.
600 So. 7th Street
PO Box 1672
Louisville, KY 40201-1672


Excel Corporate Park III LLC
PO Box 6219
Freehold, NJ 07728


Fairfield Maintenance
4 Commerce Road
Fairfield, NJ 07004


Faxon Sales, Inc.
PO Box 490
Manchester, CT 06045-0490


Fernco Inc.
Dept. 77099
PO Box 77000
Detroit, MI 48277-0099


Fidelity Investments
Institutional Operations Co., Inc.
PO Box 73307
Chicago, IL 60673-7307


Fleetwash, Inc.
PO Box 36014
Newark, NJ 07188


Flemington Supply Company
P.O. Box 2070
Route 202 & 31
Flemington, NJ 08822

Fluidmaster
File 56475
Los Angeles, CA 90074-6475


Flushmate
30075 Reasearch Drive
New Hudson, MI 48165


Focus Sales, LLC
117 Mountain Avenue
Middlesex, NJ 08846-2440


Fox Foundry & Supply Co
2627-45 E York Street
Philadelphia, PA 19125


Francis Fioretto Jr.
37 Windsor Avenue
Randolph, NJ 07869


Frank Vanbenschoten Jr.
196 Carter Road
New Hampton, NY 10958


Franklin Electric.
Attn: Kathy Wilson
400 East Spring Street
Bluffton, IN 46714


Frontier Communications - NY
PO Box 92789
Rochester, NY 14692


Gastite Products Division
Titelfex Corporation
PO Box 905743
Charlotte, NC 28290


GE Capital
PO Box 7247-7878
Philadelphia, PA 19170-7878


Gene D. Lewis
211 Avenue N
Matamoras, PA 18336

General Plumbing
PO Box 980
Edison, NJ 08818-0980


General Wire Spring Company
1101 Thompson Avenue
Mc Kees Rocks, PA 15136


George L. Hults
8 Wessington Street
Garfield, NJ 07026


George Leck & Son, Inc.
PO box 2609
Ivyland, PA 18974-2609


Gerber Plumbing Fixtures, Corp.
3297 Paysphere Circle
Chicago, IL 60674


Glentronics, Inc.
35298 Eagle Way
Chicago, IL 60678-1352


Globe Union America Corp/Danz
2 Territorial Court
Suite A
Bolingbrook, IL 60440


Goodman CFTGS
12 Porete Avenue
North Arlington, NJ 07031


Goodman Sales
12 Porete Ave
North Arlington, NJ 07031


Goodman Sales Company, Inc.
12 Porete Avenue
Kearny, NJ 07032


Gorton Heating Corp.
546 South Ave., East
Cranford, NJ 07016

Granby Steel Tanks
1020 Andre-Line
Granby Quebec, QU J2J 1J9


Grant Plumbing Supply
901 Joyce Kilmer Avenue
P.O. Box 7061
North Brunswick, NJ 08902


Gray Sales Inc.
201-11 Venango St
PO Box 26826
Philadelphia, PA 19134


Great Neck Plumbing Supply
404 Northern Blvd.
Great Neck, NY 11021


Greenfield Manufacturer Company
920 Levick Street
Philadelphia, PA 19111


Gregory S. Mangels
810 Bunnell Street
Lanoka Harbor, NJ 08734


Grohe America, Inc.
241 Covington Drive
Bloomingdale, IL 60108


Grove Supply, Inc.
P.O. Box 3029
Warminster, PA 18974


Grundfos Pump Company
3215 Solutions Center
Chicago, IL 60677-3002


Guardian Equipment
660 North Union Street
Chicago, IL 60610

H20 Coil (Atlantic HVACR)
c/o Aim Business Capital
PO Box 11398
Newark, NJ 07101


Hach Chemical Company
2207 Collections Center Drive
Chicago, IL 60693


Hajoca Corp
1209 E Welsh Road
PO Box 109
Lansdale, PA 19446-0109


Hamburg Supply Co.
PO Box 217
Hamburg, NJ 07419-0217


Hanover Supply Co.
269 Route 10
East Hanover, NJ 07936


Harry Hill Jr.
269 Riseley Street
Sunrise Park
Kingston, NY 12401


Heat Controller, Inc.
135 S. LaSalle
Dept. 4261
Chicago, IL 60674-4261


Heat Transfer Products
PO Box 429
East Freetown, MA 02717


Henry's Plumbing & Heating Supply
1100 Goffle Road
Hawthorne, NJ 07506


Highland Tank & Manfacturer Company
P.O. Box 827973
Philadelphia, PA 19182-7973

Highlander Equipment Co., Inc.
110 Clyde Road
Somerset, NJ 08873


Highside Chemicals, Inc.
11114 Reichold Road
Gulfport, MS 39503


Holby Valve Company Inc.
1146 Second Avenue
New York, NY 10021


Homans Associates, Inc.
ADC Supply Co.
PO Box 3311
Boston, MA 02241-3311


Home Hardware
27 Franklin Turnpike
Waldwick, NJ 07463


Home Hardware Exp.
27 Franklin Tpke
Waldwick, NJ 07463


Honeywell Inc./Residential Div.
Control Products
12623 Collections Center
Chicago, IL 60693


Howard Alan Kave
815 Blooming Grove Turnpike
At Forge Hill Village, Suite 12
New Windsor, NY 12553


Howard P. Pawson
615 First Street
Carlstadt, NJ 07072


HVAC Distributors, Inc.
530 Walnut Street
PO Box 408
Norwood, NJ 07648

Hydrolevel Company
P.O. Box 84-5106
Boston, MA 02284


I P S Corporation
PO Box 220
Collierville, TN 38027


Idearc Media
Attn: Account Rec. Dept.
PO Box 619009
Dallas, TX 75261-9009


In-Sink-Erator Division
P.O. Box 101409
Atlanta, GA 30392-1409


International Comfort Products USA
21630 Network Place
Chicago, IL 60673-1216


International Lease Consultants
506 Arthur Drive
Cherry Hill, NJ 08003


Interstate Waste Services
PO Box 553672
Detroit, MI 48255-3672


Iron Mountain Industrial Park
c/o MJA Construction
1 Iron Mountain Road
Mine Hill, NJ 07803


Ironbound Supply Co., Inc.
PO Box 5210
Newark, NJ 07105


J D Automotive
331 Richards Avenue
Dover, NJ 07801

J Lorber Company
PO Box 966
2659 Bristol Pike
Bensalem, PA 19020


J. Chimerine P&H Supply
782 Dekalb Avenue
Brooklyn, NY 11221


J.C. Ehrlich Co., Inc.
PO Box 13848
Reading, PA 19612-3848


J.D. Johnson Co.
35 Main Street
PO Box 311
Poughkeepsie, NY 12602


Jacks Floor Waxing
PO Box 180
Caldwell, NJ 07006


Jacob & Milvi Van Der Eems
40 Schoon Avenue
Hawthorne, NJ 07506


Jacuzzi Whirlpool Bath
Division of Jacuzzi, Inc.
P.O. Box 96061
Chicago, IL 60693-6061


Jado Hardware
PO Box 840026
Dallas, TX 75284-0026


James Delany
5 McEntee Road
Milford, NJ 08848


James Vanleuvan
88 Merrill Road
Clifton, NJ 07012

Jay's Landscaping
PO Box 175
Riverside, NJ 08075


Jetta
425 Centennial Blvd
Edmond, OK 73013-3714


Jim Howard
215 Larch Avenue
Dumont, NJ 07628


Joan Kukelka
316 Toad Pasture Road
Middletown, NY 10940


Joel Anson
20 Rosol Lane, Apt. 12
Saddle Brook, NJ 07763


John Dnistran
58 Barbara Drive
Pompton Lakes, NJ 07442


John M. Hartel
P.O. Box 280
Montvale, NJ 07645


Jones Stephens Corp.
Dept. 3200
PO Box 2153
Birmingham, AL 35287-3200


Joseph C. Gholston
490 E. 25th Street
Paterson, NJ 07514


Judith Garcia
5 Ann Place
Monroe, NY 10950


Judy L. Raymond
95 Silverlake Scotchtown Road
Middletown, NY 10940

Jules M. Weinstein
97 Oak Drive
Upper Saddle River, NJ 07458


Jules Weinstein
97 Oak Drive
Upper Saddle River, NJ 07458


Kalas manufacturing Inc.
PO Box 510732
Philadelphia, PA 19175


Keeney Manufacturer Co.
P.O. Box 847014
Boston, MA 02284-7014


Kennedy Culvert & Supply Co.
8000 Midlantic Drive
Suite 200N
Mount Laurel, NJ 08054


Kevin Atkins
256 Mt. Joy Road
Middletown, NY 10941


Kevin Martini
102 Blough Road
Fairless Hills, PA 19030


Kimberly Kellock
362 Bullville Road
Montgomery, NY 12549


Kissler & Company
770 Central Blvd.,
Carlstadt, NJ 07072


Klaff's, Inc.
PO Box 509
28 Washington Street
Norwalk, CT 06856

Kohler Co.
Credit Dept.
P.O. Box 91283
Chicago, IL 60693


Kornstein, Inc.
142 Mineola Avenue
Suite 2A
Roslyn Heights, NY 11577


Krowne Metal Corporation
100 Haul Road
Wayne, NJ 07470


Kunka-Sanchez
180 Whitman Avenue
Edison, NJ 08817


L&R Associates, Inc.
2262 North Penn Road
PO Box 68
Hatfield, PA 19440


Laars Heating Systems Co.
File 50239
Los Angeles, CA 90074


Lancaster Pump
1340 Manheim Pike
Lancaster, PA 17601


Lapidus and Krell
30 Chestnut Ridge Road
Montvale, NJ 07645


Lasco Industries
Attn: Accounts Receivable
8101 East Kaiser Blvd
Anaheim, CA 92808


Latchaw Montgomery & Peck Inc.
PO Box 477
Malvern, PA 19355

Laurence J. Rappaport, Esq., LLC
10 Forest Avenue
Suite 220
Paramus, NJ 07652


Laurie A. Hanley
56 Suffern Lane
Garnerville, NY 10923


Laurie E. Kuiken
127 Cannonball Road
Pompton Lakes, NJ 07442


Lawrence Kantor
PO Box 249
Orange, NJ 07050


Lenox Blade
75 Remittance Drive
Suite 116
Chicago, IL 60675


Leonard Valve Company
PO Box 84-5225
Boston, MA 02284


Liberty Pumps
7000 Apple Tree Avenue
Bergen, NY 14416


Lin-Z Auto Service
211 Hudson Street
Hackensack, NJ 07601


Lincoln Supply LLC
92-100 Lincoln Ave
PO Box 1327
Trenton, NJ 08607-1327


Lisa A Charleston, Esq.
The Woods
983 Old Eagle School Rd., Suite 618
Wayne, PA 19087

Litchfield International, Inc.
457 Bantam Road
Litchfield, CT 06759


Local 210 Pension Fund
60 Broad Street, 37th Floor
New York, NY 10004


Long Island Plumbing Dist.
1436 Middle Country Road
Centereach, NY 11720


Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068-1791


Lynn Manufacturing, Inc.
15 Marion Street
Lynn, MA 01905


MAAX Bath, Inc.
Dept. CH 19037
Palatine, IL 60055-9037


MacDuffco Mfg. Inc.
PO Box 46011
2642 Quadra St
Victoria BC
BRITISH COLUMBIA V8T 4E4


Maco Lead Products
PO Box 949
Westbury, NY 11590


Madison Plumbing Supply
121 Kings Road
Madison, NJ 07940


Malco Products, Inc.
SDS-12-2316
PO Box 86
Minneapolis, MN 55486

Mansfield Plumbing Prod LLC
24593 Network Place
Chicago, IL 60673-1245


Map Sales
Ilene Court
Bldg. 12, Unit 15
Belle Mead, NJ 08502


Map Sales, Inc.
PO Box 874
Flemington, NJ 08822


Maples Farm & Garden
749 Route 17M
Middletown, NY 10940


Mariani Electric, Inc.
PO Box 113
Mahwah, NJ 07430


Mark Cavallaro
31 Victory Avenue
Phillipsburg, NJ 08865


Mark Zuccato
29 Columbus Avenue
Hasbrouck Heights, NJ 07604


Marplat Co., Inc.
201 Montrose Road
Westbury, NY 11590


Marsala Hardware
110 Broadway
Hillsdale, NJ 07642


Martin & Smith
11 Vincent Circle
Ivyland, PA 18974


Martin Fein
158 Ticonderoga Terr
Wayne, NJ 07470

Martin Walshin
P.O. Box 9
70 Saw Mill River Road
Hastings on Hudson, NY 10706


Matthew E. Vazquez
505 Upper Avenue
Newburgh, NY 12550


McDonnell & Miller ITT
P.O. Box 371630
Pittsburgh, PA 15250-7630


McGuire Mfg.
PO Box 746
Cheshire, CT 06410


Mericit Systems, Inc.
9999 Hamilton Blvd
Breinigsville, PA 18031


Metro-Rep
169 New Hyde Park Road
Franklin Square, NY 11010


Metropac Ind Inc.
10 Annette Road
PO Box 9137
Foxboro, MA 02035


MGM Products, Inc.
1080 Culpepper Dr
Conyers, GA 30094


Michael Galeota
82 W. Stewart Street
Washington, NJ 07882


Michael I. Roth
56 Oak Avenue
Park Ridge, NJ 07656


Michael Taffe
4772 Shelmire Avenue
Philadelphia, PA 19136

Mid-Atlantic Sales, Inc.
1813 Amyclae Drive
Bel Air, MD 21015


Mike Granieri Lawncare, Inc.
Unit A-1
1996 Stout Drive
Ivyland, PA 18974


Mill Rose Co.
7310 Corporpate Blvd.
Mentor, OH 44060


Mission Rubber
P.O. Box 1839
Corona, CA 92878-1839


MMM Sales
1116A Wyckoff Ave
Ridgewood, NY 11368


Moen Inc.
PO Box 92235
Chicago, IL 60675-2235


Montgomery Overall Serv., Inc.
110-112 Homestead Ave
Maybrook, NY 12543


Mountain Plumbing Products
1301 Metropolitan Ave
Suite 5
West Deptford, NJ 08066


Mrs. Ziril Szerlip
877 N.E. 195th St., #422
No. Miami Beach, FL 33179


Mueller Industries
1774 Paysphere Circle
Chicago, IL 60674

Mulcare Pipeline Solutions
Mulcare Engineering Co.
9 Mars Court
Boonton, NJ 07005


N & S Supply Corp.
205 Old Route 9
Fishkill, NY 12524


N.H Yates & Co., Inc.
PO Box 62392
Baltimore, MD 21264-2392


Nadine Quaglietta
39 Hoppenstedt Road
Wallkill, NY 12589


Nassor Electrical Supply
200 Moonachie Avenue
Moonachie, NJ 07074-1823


National Check Trust Inc.
3200 Executive Way
Miramar, FL 33025


Neill Supply Co. Inc.
PO Box 1450
Minneapolis, MN 55485


New Jersey Plumbing Supply Co., Inc.
91 Newark Way
Maplewood, NJ 07040


New York Placement Parts
1464 Lexington Avenue
New York, NY 10128


Newburgh School Tax Office
124 Grand Street
Newburgh, NY 12550


Newport Brass
PO Box 932752
Atlanta, GA 31193

NJ Family Support Payment Center
PO Box 4880
Trenton, NJ 08650-4880


Noritz America Corp.
6014 Solutions Center
Chicago, IL 60677


Novell Sales Corp
598 Lafayette Avenue
Hawthorne, NJ 07506


Nutley Heating & Cooling Supply
50 Page Road
Clifton, NJ 07012


O.C.S. Industries
2015 Pitkin Avenue
Brooklyn, NY 11207


Oatey-SCS
P.O. Box 92138
Cleveland, OH 44191


Oil Equipment Manufacturer, LLC
4 Hershey Drive
Ansonia, CT 06401


OR Rockland Electric Co.
PO Box 427
Montvale, NJ 07645


Orange & Rockland
PO Box 1005
Spring Valley, NY 10977


Orange County Sheriff's Office
Attn: Civil Unit
110 Wells Farm Road
Goshen, NY 10924


P.H.A.C. Products, Inc.
PO Box 14863
Albany, NY 12212

PA SCDU
PO Box 69112
Harrisburg, PA 17106


Packett Tape and Supply Company
P.O. Box 3123
Binghamton, NY 13902


Palkoeng & Supply
PO Box 39
Garfield, NJ 07026


Parkhurst Distributing Co.
1207 Route 46
Ledgewood, NJ 07852


Parts To Your Door
P.O. Box 598
Douglassville, PA 19518


Pashman Plumbing Supply
815 Main Avenue
PO Box 385
Passaic, NJ 07055


Passaic Metal Products
PO Box 1849
5 Central Avenue
Clifton, NJ 07015


Patco Sales, LLC
25 Verkade Drive
Wayne, NJ 07470


Patrick Accaisano, Esq.
Accaisano Law Offices
80 West Main Street
Freehold, NJ 07728


PB Heat, LLC
PO Box 280
Bally, PA 19503

Penske Truck Leasing Co. LP
PO Box 827380
Philadelphia, PA 19182-7380


Perkaroma
568 61st Street
West New York, NJ 07093


Peter Gallagher
316 Waverly Road
Southampton, PA 18966


Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY 40285-6460


PN Fire & Burglar Alarm Visa
31 North Street
Monticello, NY 12701


Powers Process Controls
815 Chestnut Street
North Andover, MA 01845


Precision Plumbing Products, Inc.
Div. of C.H/Perrott, Inc.
6807-E NE 79th Court
Portland, OR 97218-2899


Pro-Files Plus Inc.
PO Box 8005
Trenton, NJ 08650


Pro-Line Enterprise, Inc.
4239 Rt. 94
PO Box 667
Florida, NY 10921


Purchase Power
PO Box 856042
Louisville, KY 40285


R E Michel Company
PO Box 2318
Baltimore, MD 21203

R.I.M. Plumbing & Heating Supply Inc.
58 Central Avenue
Ossining, NY 10562


R.P. Smith & Son, Inc.
PO Box 209
Route 10
Succasunna, NJ 07876


Racohu Enterprises
Associated Marketing
P.O. Box 362
Southampton, PA 18966


Radiator Specialty
PO Box 65189
Charlotte, NC 28265


Ramapo Wholesalers
54 B Keneedy Blvd
Spring Valley, NY 10977


Randy a. Gillies
58 E. Washington Avenue
Elmwood Park, NJ 07407


Raymond Piatkowski
72 Merritt Avenue
Dumont, NJ 07628


Rettig Inc. USA (dba Myson)
948 Hercules Drive
Suite 5
Colchester, VT 05446


Reznor
75 Remittance Drive
Suite 6897
Chicago, IL 60675


Rheem Sales Company, Inc.
Rheem Parts Div
P.O. Box 533013
Charlotte, NC 28290-3024

Rheem Sales Company, Inc.
Rheem Water Heater Div.
88058 Expedite Way
Chicago, IL 60693


Rich-Tomkins Co. Inc.
235 Bridgewater Road
Aston, PA 19014


Richard F. Knibbs
11 Beatty Lane
Pine Bush, NY 12566


Richard J. Handlin
PO Box 8057
Parsippany, NJ 07054


Richard Robinson Jr.
1110 Mt. Hope Road
Middletown, NY 10940


Ridge Tool Company
PO Box 13567
Newark, NJ 07188


Robert B. Allen
132 Oakwood Drive
Cliffside Park, NJ 07010


Robert Brinkerhoff
39 Third Street
Park Ridge, NJ 07656


Robert Burns Assoc, Inc.
4009 Market St., #b
Aston, PA 19014-3140


Robert Howell Landscaping
PO Box 673
Florida, NY 10921


Robert Jones
119 Francis Avenue
Stanhope, NJ 07874

Robert M. Whiting
PO Box 98
Bullville, NY 10915


Robert Shirley
515 Welsh Road, #E-6
Huntingdon Valley, PA 19006


Robert Thompson
56 South Front Street
Bergenfield, NJ 07621


Roberto Garcia-Martis
456 Rockaway Road, Apt. 29
Dover, NJ 07801


Rockford Sanitary Systems, Inc.
P.O. Box 5963
Rockford, IL 61125-0963


Roi Marketing
622 Mary Street
Unit 1B
Warminster, PA 18974


Rory Henderer
68 Alana Drive
Hawthorne, NJ 07506


Roth Industries, Inc.
Key Bank Lockbox Dept.
PP Box 901
Albany, NY 12201


Ruben Retamar
205 Parker Street, #5
Newark, NJ 07104


Runtal-North America
187 Neck Road
PO Box 8278
Wardhill, MA 01835

Ruth Baker
13-29 Burbank Street
Fair Lawn, NJ 07410


Ruth Eisenberg
1 Clairidge #815
Verona, NJ 07044


S. Franklin & Sons, Inc.
PO Box 989
11 Gloria Lane
Fairfield, NJ 07006


Saber & Sons Supply Co., Inc.
P.O. Box 388
Williamstown, NJ 08094


Scott Brown
88 Pierce Circle
New Hampton, NY 10958


SCP Distributors LLC
PO Box 629
Hopkinton, MA 01748


Sealed Unit Parts Co,. Inc.
PO Box 21
2230 Landmark Place
Allenwood, NJ 08720


Section XV, Inc.
399 Oak Glen Road
Howell, NJ 07731


Selkirk, LLC
P.O. Box 911775
Dallas, TX 75391-1775


SH Technical Services
3 Fernwood Avenue
Edison, NJ 08818


Shellbank Manufacturer Company
P.O. Box 121
Hazel Park, MI 48030

Shook Mfg. Co., Inc.
1017 Kenmore Blvd
PO Box 15058
Akron, OH 44314


Silver King
PO Box 397
Warrington, PA 18976


Singac Supply
1432 Pompton Ave (Rt. 32)
Cedar Grove, NJ 07009


Sioux Chief Mfg. Co.
PO Box 877700
Kansas City, MO 64187-7700


Slant Fin Corp
100 Forest Drive at East Hills
Greenvale, NY 11548


Sloan Valve Co.
9134 Paysphere Circle
Dept 3761
Chicago, IL 60674-3761


Sovereign Bank
Attn: Alan Lapidus
330 South Service Road
Melville, NY 11747


Speakman Company
P.O. Box 191
Wilmington, DE 19899


Springhouse Specialty Co.
PO Box 21
Schwenksville, PA 19473


Stacy Weinstein
86 Hawthorne Avenue
Park Ridge, NJ 07656

Standex
Air Distribution Products
7601 State Road
Philadelphia, PA 19136


Steamaster Co. Inc.
25 E. Union Avenue
East Rutherford, NJ 07073


Steinberg Specialty Supply
PO Box 30118
Elkins Park, PA 19027


Strainer Screen & Cylinder Co.
5 Great Meadow Lane
East Hanover, NJ 07936


Stuart Weinstein
86 Hawthorne Avenue
Park Ridge, NJ 07656


Stylerite
118 Seger Avenue
Clifton, NJ 07011


Superior Signal Co
PO Box 96
Spotswood, NJ 08884


Susan O'Brien
3 Sparrow Street
Oak Ridge, NJ 07438


Sussex County P&H Supply
PO Box 178
Newton, NJ 07860


Sussman Lifestyle Group
43-20 34th Street
Long Island City, NY 11101


Swan Corp.
PO Box 790379
Saint Louis, MO 63179-0379

Symmons Industries, Inc.
P.O. Box 3342
Boston, MA 02241-3342


T&S Brass & Bronze Works
P.O. Box 601161
Charlotte, NC 28260-1161


Tapco
P.O. Box 951956
Cleveland, OH 44193


Teamsters Local 469 Benefit Funds
3400 Highway 35, Suite 8
Hazlet, NJ 07730-1208


Teamsters Local 575 Pension Fund
2185 Lemoine Avenue
Fort Lee, NJ 07024


Teamsters Local 575 Welfare Fund
2185 Lemoine Ave
Fort Lee, NJ 07024


The Distribution Point
c/o Servisfirst Bank
PO Box 24806
Tampa, FL 33623-4806


The Highfield Manufacturer Co.
P.O. Box 223640
Pittsburgh, PA 15250-2640


The Lee Company
PO Box 40
U.S. Route 46
Denville, NJ 07834


The Master Distribution Center
MDS Plumbing Division
P.O. Box 30
Warren, OH 44482

The Michael Morris Group
2095 Expressway Drive North
Suite 200
Hauppauge, NY 11788


The Quikrete Companies
PO Box 930134
Atlanta, GA 31193-0134


The Ral Corp.
24 Dunning Road
Middletown, NY 10940


The Rectorseal Corporation
P.O. Box 973957
Dallas, TX 75397


Thermal Materials Distributors
P.O. Box 2143
501 South Park Avenue
Linden, NJ 07036


Thermco
228 Scoles Avenue
Clifton, NJ 07012


Thomas B. Carney
45 Brookside Terrace
North Caldwell, NJ 07006


Thomas Boenning


Thomas G. Lawler
41 Condit Street
Newton, NJ 07860


Thomas Howard
165 Hillside Avenue
Bergenfield, NJ 07621


Thyssenkrupp Elevator Corp.
PO Box 933004
Atlanta, GA 31193

Time Warner Cable
Suite 1390
Buffalo, NY 14270-1390


TJernlund Products, Inc.
1601 9th Street
Saint Paul, MN 55110


TMG Co, LCC
1718 Briarcrest Drive
Suite 100
Bryan, TX 77802


Township of Clinton Tax Collector
1225 Route 31 South
Suite 411
Lebanon, NJ 08833


Township of Parsippany
1001 Parsippany Blvd
Parsippany, NJ 07054


Township of Voorhees
620 Berlin Road
Voorhees, NJ 08043


Triangle Tube
Freeway Ctr
1 Triangle Lane
Blackwood, NJ 08012


Trion
PO Box 102249
Atlanta, GA 30368


Trustee Management Info Syst.
Affiliated Distributors
PO Box 642639
Pittsburgh, PA 15264


Turbonics, Inc.
4001 Pearl Road
Cleveland, OH 44109

U S Supply Incorporated
PO Box 367
Conshohocken, PA 19428-0367


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United Pipe & Steel Corp
83 Turnpike Road
Ipswich, MA 01938


Universal Supply Group, Inc.
275 Wagaraw Road
Hawthorne, NJ 07506


Utica Plumbing Supply Co.
769 Utica Avenue
Brooklyn, NY 11203


Utility MFG. Company, Inc.
700-712 Main Street
Westbury, NY 11590


Vananburgh Associates, Inc.
20 Railroad Avenue
Albany, NY 12205


Vanguard Industries, Inc.
Viega LLC
91 Dallas
Dallas, TX 75284-1586


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408


Victoria A. White
18 Mountain Church Road
Hopewell, NJ 08525


Viking Supply Net
16147 Collections Center Drive
Chicago, IL 60693

Viking Termite and Pest Control, Inc.
PO Box 230
Bound Brook, NJ 08805


W.A. Birdsall
1819 W. Elizabeth Avenue
Linden, NJ 07036


Wal-rich Corp
97-36 43rd Avenue
Corona, NY 11368


Wales-Darby, Inc.
PO Box 10055
Uniondale, NY 11555


Wall Street Journal
PO Box 7020
Chicopee, MA 01021


Wallace Eannace Assoc. Inc.
50 Newton Road
PO Box 9121
Plainview, NY 11803


Wallington Plumbing Supply
21 Passaic Avenue
Fairfield, NJ 07004


Ward Manufacturing
P.O. Box 7777
Philadelphia, PA 19175


Warren W. Exner
47 Parkway Drive
Brick, NJ 08723


Waste Management
PO Box 930580
Atlanta, GA 31193


Waste Management of New Jersey
PO Box 13648
Philadelphia, PA 19101-3648

Watco Mfg Co
PO Box 5811
Denver, CO 80217-5811


Water Works Supply Co.
PO Box 306
Pompton Plains, NJ 07444


Watts Brass & Tubular
815 Chestnut Street
North Andover, MA 01845


Watts Drainage Products
Attn: Accounts Receivable
815 Chestnut Street
North Andover, MA 01845


Watts Regulator Co.
815 Chestnut Street
North Andover, MA 01845


Wayne Clark, Jr.
52 South Shore Drive
Sussex, NJ 07461


Wayne Combustion Systems
PO Box 73752-N
Cleveland, OH 44193-0478


Webster/Capitol City Tool Inc.
219 Hahn Road
Frankfort, KY 40601


Webstone Co., Inc.
P.O. Box 59
Worcester, MA 01613


Weil-McLain
PO Box 91559
Chicago, IL 60693


Welco-CGI Gas Technologies LLC
PO Box 7777
Philadelphia, PA 19175-2075

Westwood Products
P.O. Box 610
South River, NJ 08882


White's Plumbing Supplies Inc
582 Orange Avenue (Post Road)
West Haven, CT 06516


Wilkins/Azurn Company
Dept. LA 21584
Pasadena, CA 91185


William C. Allen
765 Eatontown Road
Port Jervis, NY 12771


William Contrini
68 Alana Drive
Hawthorne, NJ 07506


Wilson Supply
P.O. Box 200822
Dallas, TX 75320


Wiss & Company LLP
354 Eisenhower Parkway
Livingston, NJ 07039


Wolf Dist.
P.O. Box 2205
York, PA 17405


Wolverine Tube (Canada), Inc.
Kamco
P.O. Box 73438
Chicago, IL 60673


Woodford Mfg Co.
PO Box 172368
Denver, CO 80217


Woods & Jaye Sales Co.
33-09 37th Avenue
Long Island City, NY 11101

Y & S Burner Service, Inc.
PO Box 5034
Clinton, NJ 08809


Yaun Company
240 Chestnut Street
Liberty, NY 12754


Your Other Warehouse
P.O. Box 973750
Dallas, TX 75397


Zoeller Co.
3742 Reliable Parkway
Chicago, IL 60686


Zonefirst
55-57 Bushes Lane
Elmwood Park, NJ 07407


Zurn Industries, LLC
Dept. CH 14262
Palatine, IL 60055

# United States Bankruptcy Court
### District of New Jersey

In re   Ridgewood Corp.                  Case No. _____

                Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Ridgewood Corp.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Jules M. Weinstein
500 Corporate Drive
Mahwah, NJ 07430

Myrna Weinstein
500 Corporate Drive
Mahwah, NJ 07430

Stuart E. Weinstein
500 Corporate Drive
Mahwah, NJ 07430

☐ None [*Check if applicable*]

July  2, 2010
_____
Date

/s/ Daniel M. Stolz
_____
Daniel M. Stolz
Signature of Attorney or Litigant
Counsel for   Ridgewood Corp.
WASSERMAN, JURISTA & STOLZ
225 Millburn Avenue
Suite 207
Millburn, NJ 07041
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com