| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C. |
| 225 Millburn Avenue - Suite 207 |
| P.O. Box 1029 |
| Millburn, New Jersey  07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| Counsel to Debtor-in-Possession |
| DANIEL M. STOLZ (DS-1897) |

In Re:

**RIDGEWOOD CORP.,**

Debtor.

Case No.: 10-

Judge: Hon.

Chapter: 11

| Recommended Local Form: | ☐ Followed | ☑ Modified |
| --- | --- | --- |

## APPLICATION FOR RETENTION OF FINANCIAL ADVISOR TO DEBTOR AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, Ridgewood Corp., is the

   ☐ Trustee:    ☐ Chap. 7    ✓ Chap. 11    ☐ Chap. 13.

   ✓ Debtor:    ☐ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: Morris Anderson, which maintains offices at 55 West Monroe Street, #2500, Chicago, IL  60603, to serve as:

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for:   ☐ Trustee          ☐ Debtor-in-possession

☐ Official Committee of _____

✓ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel

☐ Auctioneer  ✓ Other (specify): Financial Advisor to Debtor

3. The employment of the professional is necessary for:

(a) Advising the Debtor on its operations, including the efforts of other professionals in connection with the Debtors' financial restructuring, including all sale and liquidation activities;

(b) Assisting in negotiations with senior lenders during the Chapter 11 proceedings;

(c) Managing Debtors' sale of business process;

(d) Assisting the Debtors in complying with the requirements of the U.S. Bankruptcy Code;

(e) Assisting in the development and implementation of a Plan of Reorganization, if appropriate;

(f) Directing all cash management matters throughout the pendency of the bankruptcy process;

(g) Responding to all inquiries of the Bankruptcy Court, the U.S. Trustee's Office and the Debtors' creditor constituencies during the course of the bankruptcy process, including compliance with all aspects of any debtor-in-possession operations; and

(h) Other such functions as requested by the Debtors or their counsel to assist the Debtors in these Chapter 11 cases.

4. The professional has been selected because: Morris Anderson has considerable experience in financial advisory services.

5. The proposed arrangement for compensation is as follows: All services shall be billed on an hourly rate basis, at the rate of $375.00 per hour for Steven Agran, and $325.00 per hour for Alpesh Amin. Additionally, the firm shall seek reimbursement for all actual and

necessary out of pocket disbursements. Morris Anderson shall be entitled to a transaction fee of 3% of net proceeds realized on all assets secured by Sovereign Bank excluding the Tenafly, NJ property. Morris Anderson shall also be entitled to a transaction fee of $5,000.00 on the sale of the Tenafly, NJ property, secured by Sovereign Bank.

6. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

✓ None

☐ Describe connection:

7. To the best of the applicant's knowledge, the professional (check all that apply):

✓ does not hold an adverse interest to the estate.

✓ does not represent an adverse interest to the estate.

✓ is a disinterested person under 11 U.S.C. § 101(14).

✓ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

**WHEREFORE**, the applicant respectfully requests authorization to employ Morris Anderson, as financial advisor to the Debtor, to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

WASSERMAN, JURISTA & STOLZ

By: _____
STUART WEINSTEIN, President

Dated: June 30, 2010.

3

## CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: the United States Trustee, the Debtor and/or Debtor's attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by regular mail, postage prepaid, within one (1) day after filing with the Court.

Date:   June 29, 2010.               Signed: _____
                                              DANIEL M. STOLZ

RIDGEWOOD CORP.
Service List

Office of U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Alan D. Wiener, Esq.
Legal Counsel
830 Morris Turnpike
Short Hills, NJ 07078
*Counsel for Sovereign Bank*

Karen Gilman
Wolff & Samson, PC
One Boland Drive
West Orange, NJ 07052
*Counsel for Sovereign Bank*

Jeff Wurst
Ruskin, Moscou, Faltischek, P.C.
1425 RXR Plaza
Uniondale, NY 11556
*Counsel for Blackman Plumbing Supply Company*

Bruce Levitt
Levitt & Slafkes, P.C.
76 So. Orange Avenue, Suite 305
South Orange, NJ 07079
*Counsel for Petitioning Creditors*

Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080
*Secured Creditor*

Enterprise Fleet Services
1550 Route 23 North
Suite 100
Wayne, NJ 07470
*Secured Creditor*

GE Capital
PO Box 7247-7878
Philadelphia, PA  19170-7878
*Secured Creditor*

Penske Truck Leasing Co.
PO Box 827380
Philadelphia, PA  19182-7380
*Secured Creditor*

Sovereign Bank
Attn:  Alan Lapidus
330 South Service Road
Melville, NY  11747
*Secured Creditor*