WASSERMAN, JURISTA & STOLZ, P.C.
225 Millburn Avenue - Suite 207
P.O. Box 1029
Millburn, New Jersey 07041
Phone: (973) 467-2700
Fax: (973) 467-8126
LEONARD C. WALCZYK (LW-4720)
Counsel for Debtor

| In Re:<br><br>**RIDGEWOOD CORP.,**<br><br>Debtor. | :UNITED STATES BANKRUPTCY COURT<br>:FOR THE DISTRICT OF NEW JERSEY<br>:CHAPTER 11<br>:<br>: Case No.: 10-<br>:<br>: Hon. Rosemary Gambardella<br>:<br>: Hearing Date: |
|---|---|

## NOTICE OF MOTION FOR ENTRY OF INTERIM ORDER REGARDING DEBTOR IN POSSESSION FINANCING AND FOR NUNC PRO TUNC USE OF CASH COLLATERAL AND FOR RELATED RELIEF

To:    Parties on the attached service list.

PLEASE TAKE NOTICE that on _____, 2010 at ____ __.m. or as soon as thereafter as counsel may be heard, the undersigned counsel for Ridgewood Corporation (the "Debtor"), will move before the Honorable Rosemary Gambardella, at the United States Bankruptcy Court for the District of New Jersey, at the M.L. King, Jr. Federal Building and Courthouse, 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an Order for motion for entry of interim order regarding debtor in possession financing and for *nunc pro tunc* use of cash collateral and for related relief.

Reliance will be placed upon the verified application in support of the motion filed herewith.

Oral argument is waived unless opposed or requested by the Court.

WASSERMAN, JURISTA & STOLZ, P.C.
Attorneys for Debtor Ridgewood Cor.

By _____
LEONARD C. WALCZYK

Dated: July 1, 2010