# EXHIBIT "B"

Ridgewood Corp.
*Weekly Cash Flow Projection ($'s in 000's)*
*DIP Budget*

| CASH FLOW | Week 1 | Week 2 | Week 3 | 3 Week Total | NOTES |
|---|---|---|---|---|---|
| *Cash Receipts* | | | | | |
| AR Receipts | 225 | 200 | 175 | 600 | |
| Other Cash Proceeds | - | | | - | |
| Cash Rebates | - | - | - | - | |
| **Total Cash Receipts** | **225** | **200** | **175** | **600** | |
| *Merchandise* | | | | | |
| Vendor Purchases (COD payments) | 125 | 125 | 100 | 350 | |
| *Non Merchandise* | | | | | |
| Payroll and Taxes | 65 | 65 | 130 | 260 | Payroll will have one week of arrearage in final week |
| Benefits | | 50 | | 50 | |
| Teamsters Related expense | | | | - | |
| Sales Tax | 20 | - | 70 | 90 | Final sales and use taxes must be paid |
| Rent | | | | - | |
| Utilities | 15 | 15 | 10 | 40 | |
| Insurance (Property, Liability, Auto) | | | | - | Insurance expires on 7/22/10 |
| Property Taxes | | | | - | |
| Delivery Expense - Fuel | 20 | | | 20 | |
| Delivery Expense - Truck Leases | 12 | 12 | 12 | 35 | Includes post petition amounts - paid weekly |
| Amex and Visa | | | | - | |
| Other corporate expense | 10 | 10 | 5 | 25 | As necessary - will minimize to extent possible |
| *Restructuring Expenses* | | | | - | |
| MorrisAnderson | | 35 | | 35 | $35K retainer |
| Other Professionals | | 60 | | 60 | $60K retainer included |
| **Total Operating Cash Disbursements** | **267** | **372** | **327** | **965** | |
| **Free Cash Flow** | **(42)** | **(172)** | **(152)** | **(365)** | |
| *Cumulative Free Cash Flow* | *(42)* | *(213)* | *(365)* | | |

Ridgewood Corp.
*Weekly Cash Flow Projection ($'s in 000's)*
*DIP Budget*

| BORROWING BASE AND CREDIT FACILITY | Week 1 | Week 2 | Week 3 | 3 Week Total |
|---|---|---|---|---|
| **Receivables** | | | | |
| Beginning Balance | 2,980 | 3,005 | 3,055 | 2,980 |
| Plus: Credit Sales | 250 | 250 | 225 | 725 |
| Less: Collections and Adj. | (225) | (200) | (175) | (600) |
| Ending Balance | 3,005 | 3,055 | 3,105 | 3,105 |
| Ineligible Receivables | (1,663) | (1,663) | (1,663) | (1,663) |
| | -55.3% | -55.3% | -55.3% | -53.6% |
| Eligible Receivables | 1,342 | 1,392 | 1,442 | 1,442 |
| *Advance Rate on Eligible Receivables* | *85.0%* | *85.0%* | *85.0%* | *85.0%* |
| **Borrowing Base A/R** | **1,141** | **1,183** | **1,226** | **1,226** |
| **Inventory** | | | | |
| Beginning Balance | 6,420 | 6,395 | 6,370 | 6,420 |
| Plus: Receivings | 50 | 175 | 75 | 300 |
| Less: Cost of Merchandise Sold | (75) | (200) | (180) | (455) |
| Ending Balance | 6,395 | 6,370 | 6,265 | 6,265 |
| Ineligible Inventory | (200) | (200) | (200) | (200) |
| Eligible Inventory | 6,195 | 6,170 | 6,065 | 6,065 |
| *Advance Rate on Eligible Inventory* | *50.0%* | *50.0%* | *50.0%* | *50.0%* |
| **Borrowing Base Inventory** | **3,098** | **3,085** | **3,033** | **3,033** |
| **Net Available Borrowing Base** | **4,238** | **4,268** | **4,258** | **4,258** |
| **Beginning Revolver Balance** | **4,751** | **4,793** | **4,964** | **4,751** |
| Less: Paydowns | (225) | (200) | (175) | (600) |
| Plus: Advances and Interest or other charges | 267 | 372 | 327 | 965 |
| **Ending Revolver Balance** | **4,793** | **4,964** | **5,116** | **5,116** |
| *Availability for Future Borrowings* | *(554)* | *(696)* | *(858)* | *(858)* |
| *Plus: Overadvance* | *1,100* | *1,100* | *1,100* | *1,100* |
| *Net Availability for Future Borrowings* | *546* | *404* | *242* | *242* |