# EXHIBIT 'A'

Ridgewood Corp.
*Rates for leases - Written leases*

| Branch Number | Branch Name | Location | Lessor | Date of Lease | Lease Expiration | Monthly Rent | Square Footage | Rent/ SF (1) | Cure Amount (2) | Blackman Rent/ SF | Blackman Monthly Rent | Variance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mahwah | Mahwah, NJ | MSS Associates, LLC | 5/1/2007 | 3/31/2017 | $ 13,422 | 38,500 | $ 4.18 | $ 91,949.22 | $ 6.50 | $ 8,550 | $ (4,872) | Three 5 year renewal periods |
| 3 | Clinton | Clinton, NJ | 1820 Route 31 Associates, LLC | 9/1/2002 | 8/31/2017 | 6,334 | 8,700 | 8.74 | 35,676.31 | 6.25 | 4,531 | (1,803) | Three 5 year renewal periods |
| 5 | Westwood | Westwood, NJ | MSS Associates, LLC | 5/1/2007 | 3/31/2017 | 3,815 | 17,420 | 2.63 | 27,983.87 | 8.00 | 11,613 | 7,798 | Three 5 year renewal periods |
| 10 | Harriman | Harriman, NY | WHY Associates, LLC | 11/1/2006 | 10/31/2011 | 27,007 | 94,211 | 3.44 | 222,367.40 | - | - | (27,007) | Three 5 year renewal periods |
| 12 | Parsippany | Parsippany, NJ | 3460 Route 46 Associates, LLC | 5/1/2003 | 4/30/2023 | 10,000 | 20,391 | 5.88 | 57,359.69 | 8.60 | 14,614 | 4,614 | |
| 21 | Middletown | Middletown, NY | MJS Orange Associates, LLC | 3/1/2006 | 2/28/2011 | 4,006 | 21,000 | 2.29 | 18,358.34 | 4.50 | 7,875 | 3,869 | |
| 22 | Newburgh | Newburgh, NY | MJS Orange Associates, LLC | 11/1/2008 | 10/31/2013 | 1,849 | 9,520 | 2.33 | 15,281.30 | 4.25 | 3,372 | 1,523 | |
| 23 | Kingston | Kingston, NY | MJS Orange Associates, LLC | 11/1/2008 | 10/31/2013 | 1,479 | 8,740 | 2.03 | 23,186.89 | 3.25 | 2,367 | 888 | |
| 33 | Ivyland | Ivyland, PA | MSS Associates, LLC | 9/1/2007 | 8/31/2012 | 6,188 | 20,000 | 3.71 | 59,652.62 | 4.75 | 7,917 | 1,728 | |
| 34 | Voorhees | Voorhees, NJ | Route 561 Associates, LLC | 6/16/2004 | 6/16/2019 | 12,500 | 20,980 | 7.15 | 55,357.63 | - | - | (12,500) | |
| | | | | | | $ 86,601 | 259,462 | | $ 607,173.27 | | $ 60,839 | $ (25,763) | |

| Branch Number | Branch Name | Location | Lessor | Lease Expiration | Monthly Rent | Square Footage | Rent/ SF | Cure Amount | Blackman Rent/ SF | Blackman Monthly Rent | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Hackensack | Hackensack, NJ | ZIRIL SZERLIP | Month to Month | $ 3,942 | 19,000 | $ 2.49 | $ 15,766.00 | $ 5.00 | $ 7,917 | | Blackman only taking warehouse space of 15,785SF |
| 8 | Mine Hill | Mine Hill, NJ | IRON MOUNTAIN INDUSTRIAL PARK | 2/28/2013 | 12,520 | 18,779 | 8.00 | 29,680.30 | 6.20 | 9,702 | | |
| 11 | Hawthorne | Hawthorne, NJ | JACOB & MILVI VAN DER EEMS | 8/31/2010 | 3,500 | 5,450 | 7.71 | 14,000.00 | 6.61 | 3,000 | | |
| 15 | Lakewood | Lakewood, NJ | EXCEL CORPORATE PARK | Expired on 4/30/2010 | 6,028 | 9,240 | 7.83 | 12,418.00 | 6.82 | 5,250 | | |
| | | | | | $ 25,990 | 52,469 | | $ 71,864.30 | | $ 25,869 | | |

(1) Rent based on documented leases that Ridgewood Corp. modified on 1/1/10. The rent does not reflect the modified rates.
(2) Includes unpaid property taxes where such taxes are the responsibility of the tenant.

Case 10-30571-RG   Doc 13-1   Filed 07/02/10   Entered 07/02/10 14:26:22   Desc
Exhibit A to Motion   Page 2 of 2