| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Debtor<br>DANIEL M. STOLZ (DS-1897) |
| In Re:<br><br>**RIDGEWOOD CORP.,**<br><br>             **Debtor.** |



Chapter 11

Case No. 10-30571

Hon. Rosemary Gambardella

Ret: 7/14/10 @ 2:00 PM

### ORDER SCHEDULING EXPEDITED HEARING ON MOTION TO SELL SUBSTANTIALLY ALL ASSETS AND LIMITING NOTICE THEREOF

The relief set forth on the following pages numbered one (1) through three (3) be and is hereby ORDERED.

7/6/10

USBJ

(Page 2)

Debtor:             Ridgewood Corp.

Case No.:           10-

Caption of Order:   Order Scheduling Expedited Hearing on Motion to Sell Substantially all Assets and Limiting Notice Thereof

---

This matter having come before the Court upon the Application of the Debtor, seeking the entry of an Order of this Court Scheduling an Expedited Hearing on the Debtor's Motion for a Sale of Substantially all of its Assets setting procedures for the sale hearing and limiting notice of the Sale Motion and the Court having reviewed the Debtor's Motion and any objections thereto, and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED** as follows:

1. The Court shall conduct a hearing on the Debtor's Motion for a Sale of Substantially all of its Assets on July 14, 2010 at 2:00 a.m./p.m.

2. The Debtor shall serve copies of the within Order, Sale Motion and any exhibits thereto upon counsel for Sovereign, the Office of the United States Trustee, the twenty (20) largest unsecured creditors, counsel for the Petitioning Creditors, all parties who have expressed an interest in the purchase of the Debtor's assets and any party having entered a Notice of Appearance in this Bankruptcy case, so as to be served no later than July 6, 2010.

3. Objections to the proposed sale or higher or better offers shall be in writing and shall be served upon counsel for the Debtor, counsel for Sovereign Bank, and the Office of the United States Trustee, so as to be received no later than July 13, 2010 at 12:00 noon;

4. Should a timely higher and better offer be received, the Court shall conduct a hearing on the sale of the Debtor's assets on the return date of the Sale Motion.

2