

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
MICHAEL McLAUGHLIN**
SCOTT S. REVER**
**ALSO MEMBER OF PA BAR

225 MILLBURN AVENUE
SUITE 207
P.O. BOX 1029
MILLBURN, N.J 07041
973.467.2700
FAX 973.467.8126
www.WJSLAW.com
E-MAIL:DSTOLZ@WJSLAW.COM

July 21, 2010

**VIA EMAIL**

Attn: Sharon Moore
Honorable Rosemary Gambardella
United States Bankruptcy Court
MLK Jr. Federal Building & Courthouse
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

    Re:   **Ridgewood Corp.**
            **Case No.: 10-30571**
            **Final Hearing on Debtor in Possession's Financing**
            **Return Date: July 22, 2010 at 10:00 a.m.**

Dear Judge Gambardella:

   This letter will confirm that the Court has agreed to permit counsel who wish to participate at tomorrow morning's hearing in this matter to do so by way of telephone conference call. All counsel wishing to participate at tomorrow's hearing may call the following number at 10:00 a.m.

        Call in Number:  888-301-0835
        Passcode:          951495

   Once all counsel are on line, we will contact your Honor's chambers to add the Court to the call.

                              Respectfully yours,

                  **WASSERMAN, JURISTA & STOLZ, P.C.**

                        **/s/ Daniel M. Stolz**
                        _____
                        DANIEL M. STOLZ

DMS/ms

Honorable Rosemary Gambardella
July 21, 2010

PAGE TWO

cc: Shining Hsu, Esq.
cc: Karen Gilman, Esq.
cc: Bruce Levitt, Esq.
cc: Alan Wiener, Esq.
cc: Steven Agran
cc: Stuart Weinstein
cc: Jeff Wurst, Esq.